IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE IVES TAY,

    Plaintiff,

v.                                            CASE NO. 4:25cv26-RH-MAF

RON DESANTIS et al.,

    Defendants.

_____/

**ORDER DISMISSING THE COMPLAINT**
**AND GRANTING LEAVE TO AMEND**

    This prisoner civil-rights case is before the court on the magistrate judge's report and recommendation, ECF No. 4, which correctly concludes that the complaint fails to state a claim on which relief can be granted. The plaintiff filed no objections, but he did request an opportunity to submit an amended complaint and to do so without using the district's standard pro se prisoner complaint form. ECF No. 6. The plaintiff says the form is too limiting. The magistrate judge denied the request for leave to amend.

    This order grants leave to file an amended complaint but requires it to be filed on the district's standard form. The form allows the court to more efficiently

process the many prisoner complaints filed in this district. The form provides ample opportunity for a plaintiff to frame a viable complaint if the plaintiff has grounds to do so.

Any amended complaint should be clearly labeled as an amended complaint. The plaintiff should not expect leave to amend further; this will be his one opportunity to do so. He should note well the legal standards set out in the report and recommendation.

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion except on the issue of leave to amend.

2. The clerk must provide the plaintiff a copy of the court's standard pro se prisoner complaint form.

3. The deadline to file an amended complaint is March 25, 2025.

4. The clerk should refer any amended complaint directly to me, not to the magistrate judge.

SO ORDERED on February 25, 2025.

s/Robert L. Hinkle<br>United States District Judge