# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GEORGE IVES TAY,

    Plaintiff,

v.                                       CASE NO. 4:25cv26-RH-MAF

RON DESANTIS et al.,

    Defendants.

_____/

## ORDER DISMISSING THE AMENDED COMPLAINT
## AND DIRECTING THE ENTRY OF JUDGMENT

    The plaintiff is serving a state-court sentence that he says resulted from constitutional violations by law enforcement officers, prosecutors, other state officials, and judges. The original complaint was dismissed for reasons set out in a magistrate judge's report and recommendation, ECF No. 4, and an order that also granted leave to amend, ECF No. 8. The plaintiff has filed an amended complaint, but it fails to cure the deficiencies that led to dismissal of the original complaint. A federal civil-rights complaint is not the method by which a person serving a state-court sentence can challenge his conviction or sentence, nor does the first amended complaint allege any other claim on which relief can be granted.

For this reason and the reasons set out in the report and recommendation and order dismissing the original complaint,

IT IS ORDERED:

The amended complaint is dismissed with prejudice. The clerk must enter judgment and close the file.

SO ORDERED on April 3, 2025.

s/Robert L. Hinkle<br>United States District Judge